IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFFREY ROLLINS DAVIS d/b/a<br>DAVIS LAW FIRM,<br>    Plaintiff<br><br>v.<br><br>JONATHAN J. ZAGER AND JZ<br>PRODUCTIONS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO 5:23-CV-791-JKP |

## JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

The Parties, by and through their undersigned attorneys, hereby stipulate and respectfully request that the Court extend the time for responsive pleadings in this matter. In support of same, the Parties would show as follows:

WHEREAS, Plaintiff filed Plaintiff's Original Complaint [Doc. 1] on June 23, 2023;

WHEREAS, Defendant, JZ Productions, Inc. ("JZ Productions"), was served with the Summons and Complaint on June 29, 2023 [Doc. 8], and the current answer deadline is July 20, 2023;

WHEREAS, Defendant, Jonathan J. Zager ("Zager"),was served with the Summons and Complaint on June 30, 2023 [Doc. 7], and the current answer deadline is July 21, 2023;

WHEREAS, the Parties have agreed to mediate this case early and have scheduled a Zoom mediation with the Hon. Allyson K. Duncan (Ret.) on August 17, 2023;

NOW THEREFORE, the Parties hereby agree and stipulate to the following:

1.    The deadline for Zager and JZ Productions (collectively, "Defendants") to file their respective answer or other responsive pleading to Plaintiff's Original Complaint is extended to August 24, 2023 (seven (7) calendar days after the date of mediation).

2.	In the event any of the Defendants file a counterclaim in this cause against Plaintiff or any affiliate of Plaintiff, the deadline by which Plaintiff or any such affiliate of Plaintiff must file an answer or other responsive pleading to such counterclaim shall be 56 days after the date Defendants file such counterclaim.

The Parties have not previously requested any extensions of deadlines for responsive pleadings.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter an order in the form attached hereto extending the responsive pleadings deadlines as stipulated above.

Date:  July 20, 2023.                                     Respectfully submitted,

| | |
|---|---|
| **DAVIS CEDILLO & MENDOZA**<br>755 E. Mulberry Ave., Suite 500<br>San Antonio, TX 78212 | **RESNICK & LOUIS, P.C.**<br>1512 Center Street, Suite 100<br>Houston, TX 77007 |
| */s/ Brandy C. Peery*<br>Brandy Chantal Peery<br>Texas Bar No. 24057666<br>Tel: (210) 822-6666<br>Fax: (210)-822-1151<br>Email: bpeery@lawdcm.com<br>Ricardo G. Cedillo<br>Texas Bar No. 04043600<br>Tel: (210) 822-6666<br>Fax: (210) 822-1151<br>Email: rcedillo@lawdcm.com<br>-and- | */s/ Mary Holmesly*<br>Mary Holmesly<br>Texas Bar No. 240579077<br>Tel: (281) 724-5580<br>Fax: (281) 724-5580<br>Email: mholmesly@rlattorneys.com<br>Jason A. Rose<br>Texas Bar No. 24033016<br>Tel: (281) 768-4064<br>Fax: (281) 768-4064<br>Email: jarose@rlattorneys.com<br>-and- |
| **DUNHAM, LLP**<br>919 Congress Ave., Suite 910<br>Austin, TX 78701 | **MANNING & KASS**<br>801 South Figueroa Street<br>15th Floor<br>Los Angeles, CA 90017 |
| */s/ Cory A Scanlon*<br>Cory A. Scanlon<br>Texas Bar No. 24104599<br>Tel: (512) 615-1255<br>Fax: (512) 615-1256<br>Email: cory@dunhamllp.com<br>David E. Dunham<br>Texas Bar No. 06227700<br>Tel: (512) 615-1255<br>Fax: (512) 615-1256<br>Email: david@dunhamllp.com | */s/ Jeffrey M. Lenkov*<br>Jeffrey M. Lenkov*<br>California Bar No. 156478<br>Tel: (213) 430-2632<br>Fax: (213) 624-6999<br>Email: jml@manningllp.com<br>*Pro hac vice admission will be sought* |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

 THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record in this cause of action pursuant to Federal Rules of Civil Procedure on July 20, 2023.

            */s/ Mary Holmesly*
            Mary Holmesly