**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JEFFREY ROLLINS DAVIS d/b/a** § | | |
| **DAVIS LAW FIRM,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | **CASE NO. 5:23-cv-00791-JKP** |
| § | | |
| **JONATHAN J. ZAGER AND** § | | |
| **JZ PRODUCTIONS, INC.,** § | | |
| Defendants. § | | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S ADVISORY & NOTICE OF INTENT TO AMEND COMPLAINT**

Pursuant to this Court's Standing Order in Civil Cases Assigned to Judge Jason Pulliam ("Standing Order") (Dkt. 4), Jeffrey Rollins Davis d/b/a Davis Law Firm (Davis), files this Advisory & Notice of Intent to Amend Complaint. Defendants Jonathan J. Zager and JZ Productions, Inc., sent notice of Defendants' intent to file a Rule 12(b)(6) motion pursuant to the Standing Order.

Despite the Standing Order's requirement for Defendants to confer "concerning the proposed deficiencies and the expected basis of the Motion . . ., specifying the proposed deficiencies," (Dkt. 4 at p. 1), Defendants provided Davis with little more than conclusory assertions regarding his claims and their alleged deficiencies. *See* Exhibit A, Notice of Intent to File Rule 12(b)(6) Motion to Dismiss. Accordingly, Defendants did not satisfy their burden under the standing order to confer with Davis as to their intentions because Davis is not on notice as to any specific grounds for the motion, nor is he adequately advised of the proposed deficiencies in the live complaint.

Out of an abundance of caution, and with the intention of reserving all applicable rights and privileges, Davis hereby advises and notifies the Court of his intention to amend Plaintiff's

Original Complaint as required by the Standing Order.

Date:  August 24, 2023

Respectfully submitted,

**DUNHAM LLP**
919 Congress Ave., Suite 910
Austin, TX 78701
512.615.1255 (tel)
512.615.1256 (fax)

/s/ David E. Dunham
David E. Dunham
State Bar No. 06227700
david@dunhamllp.com
Cory A. Scanlon
State Bar No. 24104599
cory@dunhamllp.com

and

Ricardo G. Cedillo
State Bar No. 04043600
rcedillo@lawdcm.com
Brandy C. Peery
State Bar No. 24057666
bpeery@lawdcm.com
**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 250
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 660-3795

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document has been served on all attorneys of record in this case through the Court's Electronic Case Filing system on August 24, 2023.

/s/ *David E. Dunham*
David E. Dunham