IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFFREY ROLLINS DAVIS d/b/a<br>DAVIS LAW FIRM<br><br>　　*Plaintiff*,<br><br>v.<br><br>JONATHAN J. ZAGER and<br>JZ PRODUCTIONS, INC.,<br><br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 5:23-cv-791 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that attorney David M. Prichard of the law firm PRICHARD YOUNG LLP appears as additional counsel of record for Plaintiff Jeffrey Rollins Davis d/b/a Davis Law Firm. Mr. Prichard hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ David M. Prichard*
　　　　　　　　　　　　　　　　　　David M. Prichard
　　　　　　　　　　　　　　　　　　State Bar No. 16317900
　　　　　　　　　　　　　　　　　　(210) 477-7401 [Direct]
　　　　　　　　　　　　　　　　　E-mail:  dprichard@prichardyoungllp.com
　　　　　　　　　　　　　　　　　　PRICHARD YOUNG, LLP
　　　　　　　　　　　　　　　　　　Union Square, Suite 600
　　　　　　　　　　　　　　　　　　10101 Reunion Place
　　　　　　　　　　　　　　　　　　San Antonio, Texas 78216
　　　　　　　　　　　　　　　　　　(210) 477-7400 [Telephone]
　　　　　　　　　　　　　　　　　　(210) 477-7450 [Facsimile]

　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***
　　　　　　　　　　　　　　　　　　***JEFFREY ROLLINS DAVIS***
　　　　　　　　　　　　　　　　　　***d/b/a DAVIS LAW FIRM***

#166499

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on August 29, 2023.

*/s/ David M. Prichard*
David M. Prichard

#166499