**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JEFFREY ROLLINS DAVIS d/b/a** | § | |
| **DAVIS LAW FIRM,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 5:23-cv-00791-JKP** |
| | § | |
| **JONATHAN J. ZAGER AND** | § | |
| **JZ PRODUCTIONS, INC.,** | § | |
|     **Defendants.** | § | **JURY TRIAL DEMANDED** |

## DEFENDANT'S ADVISORY & NOTICE OF INTENT TO AMEND COUNTERCLAIM

Pursuant to this Court's Standing Order in Civil Cases Assigned to Judge Jason Pulliam ("Standing Order") (Dkt. 4), Defendant JZ Productions, Inc. files this Advisory & Notice of Intent to Amend Counterclaim. Plaintiff Jeffrey Rollins Davis d/b/a Davis Law Firm sent notice of Plaintiff's intent to file a Rule 12(b)(6) motion pursuant to the Standing Order.

Defendant JZ Productions, Inc. hereby advises and notifies the Court of its intention to amend its Counterclaim as required by the Standing Order.

Respectfully submitted,

*/s/ Mary Holmesly*
Mary Holmesly
Texas Bar No. 240579077
Tel: (281) 724-5580
Fax: (281) 724-5580
Email: mholmesly@rlattorneys.com
**RESNICK & LOUIS, P.C.**
1512 Center Street, Suite 100
Houston, TX 77007

-and-

*/s/ Jeffrey M. Lenkov*
Jeffrey M. Lenkov
California Bar No. 156478

Tel: (213) 430-2632
Fax: (213) 624-6999
Email: jeffrey.lenkov@manningkass.com
**MANNING & KASS**
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

       THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record in this cause of action pursuant to Federal Rules of Civil Procedure on September 13, 2023.


*/s/ Mary Holmesly*
Mary Holmesly