IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFFREY ROLLINS DAVIS d/b/a<br>DAVIS LAW FIRM,<br>       Plaintiff<br><br>v.<br><br>JONATHAN J. ZAGER AND JZ<br>PRODUCTIONS, INC.,<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO 5:23-CV-791 |

**STIPULATION FOR
EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANTS' MOTION FOR PARTIAL DISMISSAL
FOR FAILURE TO STATE A CLAIM**

The Parties, by and through their undersigned attorneys, hereby stipulate and respectfully request that the Court extend the time for Plaintiff Jeffrey Rollins Davis d/b/a Davis Law Firm to file the response to Defendants' Motion for Partial Dismissal for Failure to State a Claim (Doc 18) to and until October 9, 2023.  In support of same, the Parties would show as follows:

WHEREAS, Plaintiff filed this action on June 23, 2023;

WHEREAS, Defendants filed their Motion for Partial Dismissal for Failure to State a Claim (Doc 18) on September 20, 2023 (the "Motion");

WHEREAS, Plaintiffs' response to the Motion would otherwise be due on October 4, 2023;

NOW THEREFORE, the Parties hereby agree and stipulate to the following:

Plaintiff's deadline to file the response to the Motion is extended to and until October 9, 2023 pending the parties' discussions regarding potential alternative dispute resolution options.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter an order in the form attached hereto extending the responsive pleadings deadlines as stipulated above.

Respectfully submitted,

**DAVIS CEDILLO & MENDOZA**
755 E. Mulberry Ave., Suite 500
San Antonio, TX 78212

*/s/ Brandy C. Peery*
Brandy Chantal Peery
Texas Bar No. 24057666
Tel: (210) 822-6666
Fax: (210)-822-1151
Email: bpeery@lawdcm.com
Ricardo G. Cedillo
Texas Bar No. 04043600
Tel: (210) 822-6666
Fax: (210) 822-1151
Email: rcedillo@lawdcm.com
-and-

**DUNHAM, LLP**
919 Congress Ave., Suite 910
Austin, TX 78701

*/s/ Cory A Scanlon*
Cory A. Scanlon
Texas Bar No. 24104599
Tel: (512) 615-1255
Fax: (512) 615-1256
Email: cory@dunhamllp.com
David E. Dunham
Texas Bar No. 06227700
Tel: (512) 615-1255
Fax: (512) 615-1256
Email: david@dunhamllp.com

**ATTORNEYS FOR PLAINTIFF**

**RESNICK & LOUIS, P.C.**
1512 Center Street, Suite 100
Houston, TX 77007

*/s/ Mary Holmesly*
Mary Holmesly
Texas Bar No. 240579077
Tel: (281) 724-5580
Fax: (281) 724-5580
Email: mholmesly@rlattorneys.com
Jason A. Rose
Texas Bar No. 24033016
Tel: (281) 768-4064
Fax: (281) 768-4064
Email: jarose@rlattorneys.com
-and-

**MANNING & KASS**
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

*/s/ Jeffrey M. Lenkov*
Jeffrey M. Lenkov*
California Bar No. 156478
Tel: (213) 430-2632
Fax: (213) 624-6999
Email: jml@manningllp.com
*Pro hac vice admission will be sought*

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

   THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record in this cause of action pursuant to Federal Rules of Civil Procedure on October 4, 2023.

              */s/ Brandy Peery*
              Brandy Peery