IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFFREY ROLLINS DAVIS d/b/a DAVIS LAW FIRM,<br>      Plaintiff,<br><br>v.<br><br>JONATHAN J. ZAGER AND JZ PRODUCTIONS, INC.,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:23-cv-791-JKP<br><br>JURY TRIAL DEMANDED |

**JOINT ADVISORY REGARDING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER**

COME NOW Plaintiff, Jeffrey Rollins Davis d/b/a Davis Law Firm, and Defendants, Jonathan J. Zager and JZ Productions, Inc., to file this Joint Advisory pursuant to the Court's Order of December 6, 2023.  *See* Document 36.

Defendants would advise the Court that they have conferred with counsel for Plaintiff regarding the issues set forth in Defendants' Motion for Protective Order (Document 35).  Counsel for Plaintiff continues to assert that the deposition of Defendant Jonathan J. Zager in his individual capacity should take place at the office of counsel for Plaintiff in person on January 18, 2024, in San Antonio, Texas. Defendants continue to assert that the proper venue for Defendants' depositions is in Los Angeles, California, where Defendant Jonathan J. Zager resides and works. Plaintiff incorporates herein by reference all arguments and authorities set forth in its Response in Opposition to Defendant Jonathan J. Zager's Motion for Protective Order (Document 37). Defendants incorporate herein by reference all arguments and authorities set forth in its Motion for Protective Order (Document 35).

Date:  December 11, 2023                                    Respectfully submitted,

                                                                                 **DAVIS, CEDILLO & MENDOZA, INC.**
                                                                                 McCombs Plaza, Suite 250

755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 660-3795

*/s/ Ricardo G. Cedillo*
RICARDO G. CEDILLO
State Bar No. 04043600
rcedillo@lawdcm.com
BRANDY C. PEERY
State Bar No. 24057666
bpeery@lawdcm.com

and

DAVID E. DUNHAM
State Bar No. 06227700
david@dunhamllp.com
CORY A. SCANLON
State Bar No. 24104599
cory@dunhamllp.com
**DUNHAM LLP**
919 Congress Ave., Suite 910
Austin, TX 78701
512.615.1255 (tel)
512.615.1256 (fax)

and

DAVID M. PRICHARD
dprichard@prichardyoungllp.com
State Bar No. 16317900
(210) 477-7401 [Direct]
**PRICHARD YOUNG, LLP**
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Facsimile]

**ATTORNEYS FOR PLAINTIFF**

-AND-

/s/ Mary Holmesly
Mary Holmesly
Texas Bar No. 240579077
Tel: (281) 724-5580
Fax: (281) 724-5580
Email: mholmesly@rlattorneys.com
**RESNICK & LOUIS, P.C.**
1512 Center Street, Suite 100
Houston, TX 77007

-and-

/s/ Jeffrey M. Lenkov
Jeffrey M. Lenkov
California Bar No. 156478
Tel: (213) 430-2632
Fax: (213) 624-6999
Email: jeffrey.lenkov@manningkass.com
**MANNING & KASS**
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of December, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Mary Holmesly
MARY HOLMESLY